■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LARRY T. WILLIAMS, Appellant, v. JOSEPH P. CONBOY, as Superintendent of Great Meadow Correctional Facility, Respondent.— Judgment affirmed, without costs. (See *People ex rel. Gantz* v. *Herold*, 24 A D 2d 776.) No opinion. Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.